Shiraz Simonian (SBN 247150)
  shiraz@simonianlawfirm.com
Sevag Simonian (SBN 279232)
  sevag@simonianlawfirm.com
SIMONIAN & SIMONIAN, PLC
144 N. Glendale Ave., Suite 228
Glendale, CA 91206
(818) 405-0080 Tel
(818) 405-0082 Fax
Attorneys for Plaintiff Cecilia Olvera

JS-6

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Jessica M. Iglesias (SBN 280484)
  iglesias@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, 11th Floor
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Home Depot U.S.A., Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CECILIA OLVERA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a Delaware Corporation, <br><br> Defendant(s). | Case No. 2:22-cv-6495 JFW (ASx) <br><br> **ORDER DISMISING ENTIRE ACTION WITH PREJUDICE** |

ORDER RE DISMISSAL

## ORDER

Pursuant to the stipulated request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefore, the Court orders as follows: The entire action is hereby DISMISSED.

IT IS SO ORDERED.

Dated: January 6, 2023

_____
Hon. John F. Walter
United States District Court Judge